IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                           4:90cr4010-WS

LEONIDEZ MENDEZ-HINOJOSA,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 251) docketed September 11, 2008. The magistrate judge recommends that the defendant's petition for writ of *audita querela* (doc. 250) be denied. The defendant has filed objections (doc. 252) to the report and recommendation.

Upon review of the record in light of the defendant's objections, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 251) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's petition for writ of *audita querela* (doc. 250) is DENIED with prejudice.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this __2nd__ day of __October__, 2008.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE