IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:90cr4010-WS

LEONIDEZ MENDEZ HINOJOSA,

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 274) docketed March 25, 2013. The magistrate judge recommends that the defendant's motion to set aside judgment pursuant to Rule 60(b) be denied. The defendant has filed objections (doc. 258) to the report and recommendation.

Upon review of the record, including the defendant's objections *and* the earlier report and recommendation (doc. 226) that led to the judgment now being challenged, this court has determined that the recent report and recommendation (doc. 274) should be adopted. As noted by the magistrate judge, the defendant plainly states in his Rule 60(b) motion: "The petitioner's current motion . . . should be viewed as a motion to set aside the original judgment."

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 274) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's Rule 60(b) motion (doc. 258) is hereby summarily DISMISSED for lack of jurisdiction.

DONE AND ORDERED this ___14th___ day of ___May___, 2013.


                                         s/ William Stafford
                                         WILLIAM STAFFORD
                                         SENIOR UNITED STATES DISTRICT JUDGE