IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v. 4:90cr4010-WS

LEONIDEZ MENDEZ-HINOJOSA,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed September 18, 2013. No objections have been filed to the report and recommendation.

The court having reviewed the magistrate judge's report, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated into this order of the court.

2. The defendant's motion and amended motion for leave to proceed as a pauper (docs. 278, 282) are DENIED.

3. The defendant's motion for a certificate of appealability (doc. 283) is DENIED.

DONE AND ORDERED this    9th    day of    October   , 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE